UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SIMELS, ) | |
| ) | |
| Petitioner. ) | |
| ) | Civil Case Number: |
| v. ) | |
| ) | 13cv1224 (JG) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Robert Simels, through counsel, appeals to the United States Court of Appeals for the Second Circuit from the Order by the Honorable Judge John Gleeson as to Petitioner's Motion to Vacate/Correct Illegal Sentence (28 U.S.C. § 2255), Doc. # 1, during Oral Argument held on June 26, 2014, Doc. # 26.

The district court denied the issuance of a Certificate of Appeal (COA) in its Oral Order. Appellant will be requesting the issuance of a COA from the Court of Appeals by separate application. No COA is required for the appeal of the Denial of the Rule 33 Motion.

Respectfully submitted this 8th day of July, 2014.

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL
Ga. State Bar #624475
Attorney for Petitioner

3151 Maple Drive, NE
Atlanta, Georgia  30305
404-262-2225
Fax 404-365-5041
dfs@gsllaw.com

Case 1:31-cv-04224-JC Document 127 Filed 07/08/19 Page 2 of 137 PageID #8434

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SIMELS, ) | |
| ) | |
| Petitioner. ) | |
| ) | Civil Case Number: |
| v. ) | |
| ) | 13CV1224 (JG) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This the 8th day of July, 2014.

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL
Ga. State Bar #624475
Attorney for Petitioner

3

APPEAL,PROSE

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:13−cv−01224−JG
## *Internal Use Only*

| | |
|---|---|
| Simels v. United States of America<br>Assigned to: Judge John Gleeson<br>related Case: 1:08−cr−00640−JG−1<br>Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc | Date Filed: 03/05/2013<br>Date Terminated: 06/26/2014<br>Jury Demand: None<br>Nature of Suit: 510 Prisoner: Vacate Sentence<br>Jurisdiction: U.S. Government Defendant |

**Petitioner**

**Robert Simels**   represented by   **Richard Klugh**
Richard C. Klugh P.A.
25 Se 2nd Ave, Suite 1100
Miami, FL 33131
305−536−1191
Fax: 305−536−2170
Email: klughlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald F. Samuel**
Garland, Samuel &Loeb
3151 Maple Drive, Ne
Atlanta, GA 30305
404−262−2225
Fax: 404−365−5041
Email: dfs@gsllaw.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**United States of America**   represented by   **Beth Patricia Schwartz**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201−1820
(718)254−6017
Fax: (718)254−6081
Email: Beth.Schwartz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel D. Brownell**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201−1820
718−254−6392
Fax: 718−254−6669
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacquelyn M. Kasulis**
United States Attorneys Office
271 Cadman Plaza East
Brooklyn, NY 11201
718−254−6103

Fax: 718−254−6076
Email: jacquelyn.kasulis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Leo D'Alessandro**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201−1820
718−254−6200
Fax: 718−254−6327
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Una A. Dean**
United States Attorneys Office
271 Cadman Plaza East
Brooklyn, NY 11201
718−254−6473
Fax: 718−254−6076
Email: una.dean@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2013 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) , filed by Robert Simels. (Attachments: # 1 Civil Cover Sheet) (Davis, Kimberly) (Entered: 03/11/2013) |
| 03/05/2013 | | (Court only) ** Prisoner ProSe Flag Set (Davis, Kimberly) (Entered: 03/11/2013) |
| 03/12/2013 | | (Court only) *** AUSA Beth Patricia Schwartz; AUSA Daniel D. Brownell; AUSA Jacquelyn M. Kasulis; and AUSA Steven Leo D'Alessandro for United States of America added. (Latka−Mucha, Wieslawa) (Entered: 03/13/2013) |
| 03/12/2013 | 2 | **ORDER TO SHOW CAUSE**: Petitioner is granted leave to proceed *in forma pauperis*. The United States Attorney for the Eastern District of New York is directed to show cause, on or before 6/3/2013, why the petition should not be granted. Petitioner, within 20 days of receipt of a copy of the return from the United States Attorney, shall file a reply, if any, with the Clerk of this Court. SO ORDERED by Judge John Gleeson, on 3/12/2013. *C/mailed pro se Petitioner. Electronic Service upon the U.S. Attorney's Office, re: 1 Motion to Vacate/Set Aside/Correct Sentence (2255).* (Latka−Mucha, Wieslawa) (Entered: 03/13/2013) |
| 05/07/2013 | 3 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207−6179334. by Robert Simels. (Attachments: # 1 Appendix Certificate of Good Standing in Florida Bar, # 2 Proposed Order) (Klugh, Richard) (Entered: 05/07/2013) |
| 05/08/2013 | | (Court only) ***Staff notes Attorney Richard Klugh has been checked for disciplinary proceedings. There are no disciplinary proceedings as of May 8, 2013. (Piper, Francine) (Entered: 05/08/2013) |
| 05/08/2013 | | SCHEDULING ORDER: In light of the recent substitution of counsel and the order entered today in 08 CR 640, the rest of the briefing and oral argument schedule is as follows: Simels's reply is to be filed on or before June 28, 2013; oral argument will be heard on July 11, 2013 at 2:00 p.m. in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 5/8/2013. (Merle, Natasha) (Entered: 05/08/2013) |
| 05/09/2013 | | ORDER granting 3 Motion for Leave to Appear Pro Hac Vice by Richard Klugh, Esq.. In light of the petitioner being represented by counsel, the petitioner's appearance will not be necessary for the joint Oral Argument currently scheduled on July 11, 2013 at 2:00 PM. Ordered by Judge John Gleeson on 5/9/2013. (Lee, |

| | | |
|---|---|---|
| | | Ilene) (Entered: 05/09/2013) |
| 06/03/2013 | 4 | MEMORANDUM in Opposition re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by United States of America. (Attachments: # 1 Exhibit) (Kaminsky, Todd) (Entered: 06/03/2013) |
| 06/20/2013 | 5 | Consent MOTION for Extension of Time to File Response/Reply as to 4 Memorandum in Opposition , Consent MOTION to Continue by Robert Simels. (Attachments: # 1 Memorandum in Support, # 2 Affidavit, # 3 Proposed Order) (Klugh, Richard) (Entered: 06/20/2013) |
| 06/25/2013 | | ORDER granting Simels' 254 Motion for Extension of Time to File his reply and Motion to Continue oral argument. The following schedule is now set: Simels' reply is to be filed on or before July 29, 2013. Oral argument will be heard on August 5, 2013 at 10:30 a.m. in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 6/25/2013. (Lee, Ilene) (Entered: 06/26/2013) |
| 06/25/2013 | | ORDER granting 5 Motion to Continue. Ordered by Judge John Gleeson on 6/25/2013. (Lee, Ilene) (Entered: 06/26/2013) |
| 07/22/2013 | 6 | Consent MOTION for Extension of Time to File Response/Reply as to 4 Memorandum in Opposition , Consent MOTION to Continue *Hearing* by Robert Simels. (Attachments: # 1 Memorandum in Support, # 2 Affidavit in Support, # 3 Proposed Order) (Klugh, Richard) (Entered: 07/22/2013) |
| 08/05/2013 | | ORDER granting 6 Motion to Continue the Oral Argument. The new Oral Argument date has been adjourned to September 27, 2013 at 11:30 AM in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 8/5/2013. (Lee, Ilene) (Entered: 08/05/2013) |
| 08/05/2013 | | ORDER granting 6 Motion for Extension of Time to File Response/Reply. Simels' reply shall be filed by September 13, 2013. Ordered by Judge John Gleeson on 8/5/2013. (Lee, Ilene) (Entered: 08/05/2013) |
| 09/11/2013 | 7 | Consent MOTION for Extension of Time to File Response/Reply as to Order on Motion for Extension of Time to File Response/Reply by Robert Simels. (Attachments: # 1 Memorandum in Support, # 2 Affidavit, # 3 Proposed Order) (Klugh, Richard) (Entered: 09/12/2013) |
| 09/13/2013 | | ORDER granting Robert Simels' 7 Motion for Extension of Time to File Reply and Continue hearing. The following schedule is now set: Simels' reply is to be filed on or before October 28, 2013. Oral argument will be heard on November 8, 2013, at 11:30 a.m. in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 9/13/2013. (Merle, Natasha) (Entered: 09/13/2013) |
| 10/24/2013 | 8 | Consent MOTION to Continue *Hearing*, Consent MOTION for Extension of Time to File Response/Reply as to Order on Motion for Extension of Time to File Response/Reply, *to Government's Response to 2255 Motion* by Robert Simels. (Attachments: # 1 Memorandum in Support, # 2 Affidavit in Support, # 3 Proposed Order) (Klugh, Richard) (Entered: 10/24/2013) |
| 10/28/2013 | | ORDER granting 8 Motion to Continue and Motion for Extension of Time to File Response/Reply. The defendant's reply is due by December 12, 2013. Oral argument is scheduled for December 20, 2013 at 2:30 PM in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 10/28/2013.(Shahabuddin, Tazneen) (Entered: 10/28/2013) |
| 12/05/2013 | | NOTICE of Change in Oral Argument date due to Court related matters. The new Oral Argument date is now rescheduled to January 31, 2014 at 10:00 AM in courtroom 6C South before Judge John Gleeson. (Lee, Ilene) (Entered: 12/05/2013) |
| 12/10/2013 | 9 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207–6606910. by Robert Simels. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Proposed Order Admission to Practice Pro Hac Vice, # 3 Exhibit Certificate of Good Standing Georgia State Bar, # 4 Exhibit Certificate of Good Standing United States District Court Northern District of Georgia) (Samuel, Donald) (Entered: 12/10/2013) |

| 12/11/2013 | 10 | Consent MOTION for Extension of Time to File Response/Reply as to 4 Memorandum in Opposition , Consent MOTION to Continue *Oral Argument Setting* by Robert Simels. (Attachments: # 1 Affidavit, # 2 Memorandum in Support, # 3 Proposed Order) (Klugh, Richard) (Entered: 12/11/2013) |
|---|---|---|
| 12/17/2013 | | (Court only) ***Staff notes Attorney Donald F. Samuel has been checked for disciplinary proceedings. There are no disciplinary proceedings as of December 17, 2013. (Piper, Francine) (Entered: 12/17/2013) |
| 12/19/2013 | | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice. Ordered by Judge John Gleeson on 12/19/2013. (Shahabuddin, Tazneen) (Entered: 12/19/2013) |
| 12/19/2013 | | ORDER granting 10 Motion for Extension of Time to File Response/Reply and Motion to Continue. Petitioner's reply is due on or before 3/19/14. Oral argument is adjourned without date. A status conference will be held on 1/31/14 at 10:00 AM in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 12/19/2013. (Shahabuddin, Tazneen) (Entered: 12/19/2013) |
| 01/23/2014 | | ORDER: Petitioner's letter request, which will soon be docketed, is granted and the status conference scheduled for January 31, 2014 will not be held. Oral argument is scheduled for April 3, 2013 at 11:30 AM in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 1/23/2014. (Shahabuddin, Tazneen) (Entered: 01/23/2014) |
| 01/24/2014 | 11 | Letter dated January 16, 2014 from Richard Klugh to Judge Gleeson, status report on the rule 33 and 2255 motions. (Piper, Francine) (Entered: 01/24/2014) |
| 02/18/2014 | | NOTICE: The Court shall have the petitioner, Robert Simels, present via video−conference for the April 3, 2014 oral argument. (Lee, Ilene) (Entered: 02/18/2014) |
| 02/27/2014 | 12 | Consent MOTION for Protective Order *Modification* by Robert Simels. (Samuel, Donald) (Entered: 02/27/2014) |
| 03/03/2014 | 13 | Consent Order Modifying Protective Order.. Ordered by Judge John Gleeson on 2/28/14. (Piper, Francine) (Entered: 03/03/2014) |
| 03/19/2014 | 14 | REPLY in Support re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Robert Simels. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (Samuel, Donald) (Entered: 03/19/2014) |
| 03/25/2014 | 15 | EXHIBIT *D (Corrected)* by Robert Simels. Related document: 14 Reply in Support, filed by Robert Simels. (Samuel, Donald) (Entered: 03/25/2014) |
| 03/25/2014 | 16 | EXHIBIT *H (Corrected)* by Robert Simels. Related document: 14 Reply in Support, filed by Robert Simels. (Samuel, Donald) (Entered: 03/25/2014) |
| 04/01/2014 | 17 | Letter *to Judge Gleeson Regarding Continuance* by Robert Simels (Samuel, Donald) (Entered: 04/01/2014) |
| 04/01/2014 | | SCHEDULING ORDER: In light of petitioner's 17 letter request to postpone oral argument, oral argument is now scheduled for May 23, 2014 at 10:00 AM in courtroom 6C South before Judge John Gleeson. Ordered by Judge John Gleeson on 4/1/2014. (Shahabuddin, Tazneen) (Entered: 04/01/2014) |
| 05/05/2014 | 18 | Letter *to Judge Gleeson* by Robert Simels (Samuel, Donald) (Entered: 05/05/2014) |
| 05/12/2014 | | ORDER: The government is directed to respond to petitioner's 268 letter on or before 5/19/14. Ordered by Judge John Gleeson on 5/12/2014. (Shahabuddin, Tazneen) (Entered: 05/12/2014) |
| 05/12/2014 | 19 | NOTICE of Appearance by Una A. Dean on behalf of United States of America (aty to be noticed) (Dean, Una) (Entered: 05/12/2014) |
| 05/16/2014 | 20 | Letter *to Judge Gleeson* by Robert Simels (Samuel, Donald) (Entered: 05/16/2014) |
| 05/20/2014 | | SCHEDULING ORDER: In light of the parties' 20 joint letter request to postpone oral argument, oral argument is now scheduled for June 26, 2014 at 11:00 AM in courtroom 6C South before Judge John Gleeson. The order dated May 12, 2014, |

| | | |
|---|---|---|
| | | directing the government to respond to petitioner's 18 letter, is hereby vacated. Ordered by Judge John Gleeson on 5/20/2014. (Shahabuddin, Tazneen) (Entered: 05/20/2014) |
| 05/23/2014 | 21 | MOTION for Protective Order by United States of America. (Attachments: # 1 Proposed Order, # 2 Exhibit A, # 3 Exhibit B) (Dean, Una) (Entered: 05/23/2014) |
| 05/29/2014 | 22 | PROTECTIVE ORDER. Ordered by Judge John Gleeson on 5/28/2014. See document for details. (Piper, Francine) (Entered: 05/29/2014) |
| 06/06/2014 | 23 | Letter *regarding production of recordings* by United States of America (Dean, Una) (Entered: 06/06/2014) |
| 06/09/2014 | 24 | Letter *to Judge John Gleeson* by Robert Simels (Samuel, Donald) (Entered: 06/09/2014) |
| 06/11/2014 | | ORDER denying petitioner's 24 letter application: In as much as the petitioner is represented by counsel, there will be no arrangements for him to "appear" by telephone at the June 26 argument. Ordered by Judge John Gleeson on 6/11/2014. (Shahabuddin, Tazneen) (Entered: 06/11/2014) |
| 06/24/2014 | 25 | PRETRIAL MEMORANDUM by Robert Simels (Samuel, Donald). (Entered: 06/24/2014) |
| 06/26/2014 | 26 | Minute Order for proceedings held before Judge John Gleeson: Oral Argument held on 6/26/2014 as to Petitioner's 1 Motion to Vacate/Correct Illegal Sentence (2255) and 25 Motion to Vacate Conviction (Rule 33)by Robert Simels. The petitioner's request for an evidential hearing is denied. The two motions by the petitioner are also denied (1 and 25.) The Court's decision is read into the record. No certificate of appealibiity shall be issued. Civil Case Terminated. (Court Reporter Victoria Butler) (Lee, Tiffeny) (Entered: 06/26/2014) |
| 07/08/2014 | 27 | NOTICE OF APPEAL as to 26 Order on Motion for Hearing, Order on Motion to Vacate, Motion Hearing, Terminated Case,,,,,,,, by Robert Simels. Filing fee $ 505, receipt number 0207–7050687. Appeal Record due by 7/8/2014. (Samuel, Donald) (Entered: 07/08/2014) |
| 07/08/2014 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 27 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 07/08/2014) |
| 07/08/2014 | 28 | Letter *to Judge John Gleeson* by Robert Simels (Samuel, Donald) (Entered: 07/08/2014) |